IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUCO SECURITIES, LLC, and PRUDENTIAL INSURANCE AGENCY, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DOUGLAS E. INLAY,<br><br>    Defendant. | Case No. 5:10-cv-4072 |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

COMES NOW the undersigned counsel for Plaintiffs in the above captioned matter, pursuant to Fed. R. Civ. P. 7.1, and certifies the following:

    Prudential Financial, Inc., a publicly held corporation, owns all of the stock of Prudential Holdings, LLC, which in turn owns all of the stock of plaintiff The Prudential Insurance Company of America ("Prudential Insurance"). Plaintiff Pruco Securities, LLC is a wholly-owned subsidiary of Prudential Insurance. Plaintiff Prudential Insurance Agency, LLC is a wholly-owned subsidiary of Pruco, Inc., which is an affiliate of Prudential Insurance.

DATED: July 26, 2010

    /s/ Daniel B. Shuck
    DANIEL B. SHUCK   AT0007141
    SHUCK LAW FIRM
    US Bank Bldg.
    501 Pierce Street, Suite 205
    Sioux City, IA 51101
    Telephone: (712)258-0121
    Facsimile: (712)258-0125
    E-mail: dan.shuck@shucklawfirm.com

    ATTORNEY FOR PLAINTIFFS