IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUCO SECURITIES, LLC, and PRUDENTIAL INSURANCE AGENCY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS E. INLAY,<br><br>Defendant. | Case No. 5:10-cv-4072 |

## NOTICE OF MOTION ON EXPEDITED BASIS

To: Douglas E. Inlay
116 Grandy Drive
Sioux City, Iowa 51106

Please take notice that the undersigned will bring the attached motion for a temporary restraining order (and other relief) on for hearing before the United States District Court for the Northern District of Iowa at 320 Sixth Street, Sioux City, IA 51101 on an expedited basis as soon as counsel can be heard. Notice was given to the party named above by the undersigned on July 26, 2010.

DATED: July 26, 2010

/s/ Daniel B. Shuck
DANIEL B. SHUCK    AT0007141
SHUCK LAW FIRM
US Bank Bldg.
501 Pierce Street, Suite 205
Sioux City, IA 51101
Telephone: (712)258-0121
Facsimile: (712)258-0125
E-mail: dan.shuck@shucklawfirm.com

ATTORNEY FOR PLAINTIFFS