**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUCO SECURITIES, L.L.C., and PRUDENTIAL INSURANCE AGENCY, L.L.C., <br><br>      Plaintiffs, <br><br>vs. <br><br>DOUGLAS E. INLAY, <br><br>      Defendant | No. C 10-4072-MWB <br><br>**ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

_____

This case is before the court on the plaintiffs' July 26, 2010, Motion For Temporary Restraining Order And Preliminary Injunction And Motion For Expedited Discovery (docket no. 4). In my entire time as an Article III judge, I have never granted a temporary restraining order *ex parte*, without a hearing.

THEREFORE,

1. **A hearing** on the plaintiffs' July 26, 2010, Motion For Temporary Restraining Order And Preliminary Injunction And Motion For Expedited Discovery (docket no. 4) **is set for 1:00 p.m. on Wednesday, July 28, 2010, in the third floor courtroom of the United States Courthouse in Sioux City, Iowa**.

     2.     Counsel for the plaintiffs shall serve a copy of this order upon the defendant, shall provide a copy to any known counsel for the defendant, and shall file proof of such service prior to the hearing.

**IT IS SO ORDERED.**

**DATED** this 26th day of July, 2010.

*[signature: Mark W. Bennett]*

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA