### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | ) ) ) | CASE NO. C10-4072MWB |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| DOUGLAS E INLAY, | ) ) | |
| Defendant. | ) | |

Upon unresisted application and pursuant to Administrative Order 1213 *, it is ORDERED that Plaintiffs' Motion to Appear Pro Hac Vice at Docket #9 is GRANTED.

Attorney Leonard Weintraub is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter.

DATED:   July 27, 2010

       ROBERT L PHELPS- CLERK
       U.S. District Court
       Northern District of Iowa

       BY:   s/KFS
       Deputy Clerk

---

* Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.